JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSE DAVID LUIS PARAISO, | Case No. 5:26-cv-02598-DTB |
| Petitioner, | **J U D G M E N T** |
| v. | |
| TIM ROBBINS, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and Respondents are to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. Sections 1003.19 and 1236.1, and at which the government bears the burden of proof, within seven (7) days of the date of the date of the Order Granting Petition for Writ of Habeas Corpus.  Respondents are to provide the immigration judge conducting the bond hearing with a copy of the Order Granting Petition for Writ of Habeas Corpus.  Petitioner is to be released from custody within eight (8) days following the date of the Order Granting Petition for

1

Writ of Habeas Corpus if he has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a). Respondents shall file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondents' compliance with the Order Granting Petition for Writ of Habeas Corpus.

DATED: __May 29, 2026__

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE